**UNITED STATES DISTRICT COURT**

**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| STEVE SHUBIN,<br><br>                    Plaintiff(s),<br>         v.<br><br>FARINELLI FINE ANTIQUES, ET AL.,<br><br>                    Defendant(s).<br>_____/ | No. 3:15-cv-01401-LB<br><br>NOTICE REGARDING LEGAL HELP DESK AND *HANDBOOK FOR LITIGANTS WITHOUT A LAWYER* |

**I. NOTICE TO** Shaul Harosh:

Because you are representing yourself in this case, the Court issues this notice to you about legal resources available to you.

**II. RESOURCES AVAILABLE TO YOU**

First, the Court attaches a copy of the district court's *Handbook for Litigants Without a Lawyer*. It provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial.

Second, you may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415-782-8982, or by signing up for an appointment on the 15th Floor of the Federal Courthouse in San Francisco, 450 Golden Gate Avenue, San Francisco, California. At the Legal Help Center, you will be able to speak with an attorney who may be able to provide basic legal help but not representation. A copy of the Legal Help Center's flyer is attached.

Dated: August 20, 2015                    _____
                                                                  LAUREL BEELER
                                                                  United States Magistrate Judge

NOTICE (No.3:15-cv-01401-LB)