1  Adam G. Slote (SBN 137465)
   Robert D. Links (SBN 61914)
2  Marglyn E. Paseka (SBN 276054)
   SLOTE, LINKS & BOREMAN, LLP
3  One Embarcadero Center, Suite 400
   San Francisco, CA 94111-3619
4  Telephone: (415) 393-8001
   Fax: (415) 294-4545
5
   Attorneys for Plaintiffs
6  STEVE SHUBIN and KATHY SHUBIN

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  STEVE SHUBIN and KATHY SHUBIN, | **No. 15-CV-01401 LB** |
| 12              Plaintiffs, | |
| 13              vs. | **[PROPOSED] ORDER FOR VOLUNTARY DISMISSAL PURSUANT TO SETTLEMENT AGREEMENT** |
| 14  FARINELLI FINE ANTIQUES CORPORATION; DORIAN LISBONA; | |
| 15  EFRAIM SHOUA; SHOUA LISBONA, LLC; and DOES 1 through 50, inclusive, | **Hon. Laurel Beeler** |
| 16              Defendants. | **Date:** |
| 17  _____ | **Time:** |
| | **Complaint Filed:**     January 30, 2015 |
| | **Action Removed:**     March 26, 2015 |
| 18  FARINELLI FINE ANTIQUES CORPORATION; DORIAN LISBONA; and | **Counterclaims Filed:** April 2, 2015 |
| 19  EFRAIM SHOUA, | **Trial Date:**               August 15, 2016 |
| 20              Cross-Claimants | |
| 21              vs. | |
| 22  STEVE SHUBIN and KATHY SHUBIN, and SHAUL HAROSH; inclusive, | |
| 23 | |
| 24              Cross-Defendants | |

*Shubin v. Farinelli Fine Antiques* – **No. 15-CV-1401 LB**
**[PROPOSED] ORDER FOR VOLUNTARY DISMISSAL PURSUANT TO SETTLEMENT AGREEMENT**

1

THE COURT HAVING CONSIDERED THE PARTIES' JOINT MOTION FOR DISMISSAL PURSUANT TO SETTLEMENT (Rule 41 (a) (ii)), and having reviewed the pleadings and other papers on file in this case,

AND GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED THAT:

1. The motion is GRANTED, and the action is dismissed pursuant to Rule 41 (a) (ii), subject to the Court's continued jurisdiction to enforce a settlement agreement between the parties.

2. By stipulation of the Parties, the Court shall retain jurisdiction over this matter to enforce a settlement agreement between the parties.

3. The matter of costs and attorney's fees is governed by the Parties' settlement agreement.

Dated: May 4, 2016

_____
Hon. Laurel Beeler
United States Magistrate Judge

*Shubin v. Farinelli Fine Antiques* – **No. 15-CV-1401 LB**
[PROPOSED] **ORDER FOR VOLUNTARY DISMISSAL PURSUANT TO SETTLEMENT AGREEMENT**

2